# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

_____

In the Matter of                                         Case Number: 08 CV 2558 NF

TRUSTEES of the CHICAGO REGIONAL COUNCIL
OF CARPENTERS PENSION FUND, CHICAGO
REGIONAL COUNCIL OF CARPENTERS WELFARE
FUND, AND CHICAGO REGIONAL COUNCIL OF
CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND,

                                              Plaintiffs,

v.

UNITED CARPET, INC.

                                              Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

United Carpet, Inc._____

| | |
|---|---|
| NAME: (Type or Print)<br>ROBERT H. BROWN | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>/s/Robert H. Brown | |
| FIRM: Laner, Muchin, Dombrow, Becker, Levin and Tominberg, Ltd. | |
| STREET ADDRESS:  515 North State Street, Suite 2800 | |
| CITY/STATE/ZIP: Chicago, Illinois 60610 | |
| ID NUMBER:  00319120 | TELEPHONE NUMBER: 312/467-9800 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?     YES ☒     NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?     YES ☐     NO ☒ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?     YES ☒     NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☒   NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐ | |