IN THE UNTIED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, AND CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND,<br><br>    Plaintiffs,<br>v.<br><br>UNITED CARPET, INC.<br><br>    Defendant. | Case No. 08-C-2558<br>Judge Nordberg<br>Magistrate Judge Cole |

## STIPULATION OF DISMISSAL

Plaintiffs, TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, AND CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND, and Defendants, UNITED CARPET, INC., by their attorneys, pursuant to Rule 41(a)(ii), Federal Rules of Civil Procedure, having resolved all outstanding issues in this litigation, hereby stipulate and agree that effective with filing of this Stipulation this matter may be dismissed with prejudice, each party to bear its own costs and fees.

Dated: August 20, 2008

| | |
|---|---|
| /s/ Gregory N. Freerksen | /s/Robert H. Brown |
| Gregory N. Freerksen | Robert H. Brown (00319120) |
| Whitfield, McGann & Ketterman | Laner, Muchin, Dombrow, Becker, |
| 111 East Wacker Drive |   Levin and Tominberg, Ltd. |
| Suite 2600 | 515 North State Street, Suite 2800 |
| Chicago, Illinois 60601 | Chicago, IL  60654 |
| | Telephone:  312/467-9800 |
| One of the Attorneys for Plaintiffs | Fax:  312/467-9479 |
| | |
| | One of the Attorneys for Defendants |