## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Chicago Regional Council of Carpenters Pension
Fund, et al.

                                             Plaintiff,

v.                                                      Case No.:
                                                        1:08−cv−02558
                                                        Honorable John A.
                                                        Nordberg

United Carpet, Inc.

                                             Defendant.

---

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 22, 2008:

        MINUTE entry before the Honorable John A. Nordberg:Pursuant to the stipulation
of the parties, this case is dismissed pursuant to Rule 41(a)(ii), with prejudice, with each
party to bear its own costs and fees.Civil case terminated. Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.